

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-15-00330-CR

Style:        James Jackson III

       v. The State of Texas

Date motion filed*:        September 16, 2016

Type of motion:        Motion to Withdraw as Counsel

Party filing motion:        Robert L. Sirianni, Jr.

Document to be filed:

Is appeal accelerated?        No

If motion to extend time:
       Original due date:
       Number of previous extensions granted:        Current Due date:
       Date Requested:

Ordered that motion is:

☐      Granted

       If document is to be filed, document due:

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

**Robert L. Sirianni, Jr.'s motion to withdraw as counsel for appellant is denied for failure to comply with Texas Rules of Appellate Procedure 6.5 and 48.4. *See* TEX. R. APP. P. 6.5, 48.4.**

Judge's signature:   /s/ Terry Jennings
       ☑ Acting individually     ☐ Acting for the Court

Panel consists of

Date: September 29, 2016

November 7, 2008 Revision